**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re:* | Case No.: 16-17186-BKC-LMI |
| PCH COMMUNICATIONS, LLC, | Chapter 7 |
|     Debtor._____/ | |
| JACQUELINE CALDERIN, Chapter 7 Trustee, | Adv. Case No.: 18-01246-LMI |
|     Plaintiff, | |
| vs. | |
| BRIAN CUNNINGHAM, | |
|     Defendant._____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the following:

1. ***Complaint to Avoid and Recover Fraudulent Transfers*** [ECF # 1] (Served via CM/ECF on June 13, 2018);

2. ***Summons and Notice of Pretrial/ Trial in an Adversary Proceeding*** [ECF# 2] (Served via CM/ECF on June 14, 2018); and

3. ***Order Setting Filing and Disclosure Requirements for Pretrial and Trial*** [ECF# 3] (Served via CM/ECF on June 14, 2018);

were served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on the dates mentioned above and via U.S. Mail and Certified Mail to the parties on the attached service list on June 15, 2018.



**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

        **AGENTIS PLLC**
        *Counsel for Plaintiff, Chapter 7 Trustee*
        501 Brickell Key Drive, Suite 300
        Miami, Florida 33131
        T. 305.722.2002

        By: */s/ Matthew A. Petrie*
          Matthew A. Petrie
          Florida Bar No. 44770
          map@agentislaw.com

**Via U.S. Mail and Certified Mail:**

Brian Cunningham
8103 Hamlin Ave.
Skokie, IL 60076

**18-01246-LMI Notice will be electronically mailed to:**

Matthew A Petrie on behalf of Plaintiff Jacqueline Calderin
map@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;map@ecf.inforuptcy.com;bankruptcy.ecc@ecf.courtdrive.com

2

**501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com**